IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MCCABE KELLER WEST**                                                        PLAINTIFF

v.                                   No. 3:25-cv-180-DPM

**DOE**                                                                       DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. West hasn't paid the $405 administrative and filing fee or filed an application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2025