IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MCCABE KELLER WEST**                                               PLAINTIFF

v.                              No. 3:25-cv-180-DPM

**DOE**                                                              DEFENDANT

## JUDGMENT

West's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2025